1  John A. Conkle (SB# 117849)
     j.conkle@conklelaw.com
2  Jacob P. Wilson (SB# 331448)
     j.wilson@conklelaw.com
3  CONKLE, KREMER & ENGEL
   Professional Law Corporation
4  3130 Wilshire Boulevard, Suite 500
   Santa Monica, California 90403-2351
5  Phone: (310) 998-9100 • Fax: (310) 998-9109

6  Attorneys for Defendant Moroccanoil, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JULIANNA GARCIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MOROCCANOIL, INC., a California Corporation, and DOES 1 to 50,<br><br>Defendants. | Case No.<br><br>**DEFENDANT MOROCCANOIL, INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(A)**<br><br>Los Angeles County Superior Court Case No. 22STLC04327<br><br>Action Filed:   June 27, 2022<br>Trial Date:      None Set |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant Moroccanoil, Inc. ("Defendant") hereby removes to this Court the state court action described below:

## I.   FILING AND SERVICE OF THE COMPLAINT

1. On June 27, 2022, Plaintiff Julianna Garcia ("Plaintiff") commenced an action in the Superior Court of the State of California for the County of Los Angeles, Case Number 22STLC04327, by filing a Verified Complaint entitled *Julianna Garcia v. Moroccanoil, Inc.,* and Does 1 to 50, inclusive."

2. Defendant was served with the Summons and Complaint on July 1, 2022. True and correct copies of the Summons and Complaint and all other documents served upon Defendant are attached hereto as Exhibit A (*see* Declaration of John A. Conkle). Defendant has not yet responded to the Complaint. To Defendant's knowledge, no other defendant has been served or named.

## II.   THIS COURT HAS FEDERAL QUESTION JURISDICTION

3. This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the Complaint that Plaintiff has filed a civil rights action, and her claims are founded on a claim or right arising under the laws of the United States.

4. More specifically, it appears from the Complaint that this is a civil rights action alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12182 et seq. (Complaint ¶¶ 11, 12, 17 and 18.).

### III. THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED

5. The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a).

6. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal within the Superior Court of California, County of Los Angeles, as further required by that Section.

7. Venue is proper in this Court because the action is being removed from the Superior Court in the County of Los Angeles.

8. The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against it in the Superior Court of the County of Los Angeles be removed to this Court.

Dated: July 29, 2022

John A. Conkle
Jacob P. Wilson, members of
CONKLE, KREMER & ENGEL
Professional Law Corporation

By: */s/ John A. Conkle*
John A. Conkle
Attorneys for Defendant Moroccanoil, Inc.