John A. Conkle (SB# 117849)
  j.conkle@conklelaw.com
Jacob P. Wilson (SB# 331448)
  j.Wilson@conklelaw.com
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109

Attorneys for Defendant Moroccanoil, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JULIANNA GARCIA, an individual,<br><br>      Plaintiff,<br><br>    v.<br><br>MOROCCANOIL, INC., a California corporation, and DOES 1 through 50,<br><br>      Defendant. | Case No.<br><br>**DECLARATION OF JOHN A. CONKLE IN SUPPORT OF DEFENDANT MOROCCANOIL, INC.'S NOTICE OF REMOVAL**<br><br>Los Angeles County Superior Court Case No. 22STLC04327<br><br>Action Filed:   June 27, 2022<br>Trial Date:     None |

2522.739\9990

DECLARATION OF JOHN A. CONKLE

# DECLARATION OF JOHN A. CONKLE

I, John A. Conkle, hereby declare as follows:

1. I am an active member of the State Bar of California. I am a member of Conkle, Kremer & Engel, counsel of record for Defendant Moroccanoil, Inc. ("Defendant") in this action. I make this declaration of facts known to me and, if called upon, I could and would testify competently to the facts stated herein.

2. On June 27, 2022, Plaintiff Julianna Garcia filed a Verified Complaint in the Superior Court of the State of California for the County of Los Angeles as *Julianna v. Moroccanoil, Inc., et al.*, Case No. 2STLC04327 ("Complaint."). On July 1, 2022, Defendant's agent for service of process, Eric Steven Engel, was served the Summons and Complaint. Attached to Defendant's Notice of Removal as **Exhibit A** are true and correct copies of the Summons and Complaint served on July 1, 2022.

3. As of July 29, 2022, the Proof of Service of Summons and Complaint was filed on July 7, 2022, in the Superior Court of the State of California in the County of Los Angeles. While this document has not been served on Defendant, attached to Defendant's Notice of Removal as **Exhibit B** is a true and correct copy of this document as downloaded from the website of the Superior Court.

4. **Exhibits A** and **B** comprise of all documents that have been served on Defendant. Defendant has not yet responded to the Complaint.

5. Following the filing of the Notice of Removal in the United States District Court for the Central District of California, Defendant will promptly serve a copy by U.S. Mail of the Notice of Removal to Plaintiff Julianna Garcia, and will file

a copy of the Notice of Removal with the Clerk of the Superior Court of the State of California for the County of Los Angeles.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing facts are true and correct, and that this declaration was executed on July 29, 2022.

*/s/ John A. Conkle*
John A. Conkle