# EXHIBIT A

PLD-PI-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Julianna Garcia, In Pro Per

1507 Arlington,
Los Angeles, CA. 90019-4553
TELEPHONE NO: 818-290-3838   FAX NO. (Optional): 818-290-3848
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Julianna Garcia, In Pro Per

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: Julianna Garcia, An Individual,

DEFENDANT: MOROCCANOIL, INC. and,

[✓] DOES 1 TO 50

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [ ] OTHER (specify):
   [ ] Property Damage   [ ] Wrongful Death
   [ ] Personal Injury   [✓] Other Damages (specify): ADA/UNRUH ACT

Jurisdiction (check all that apply):
[✓] ACTION IS A LIMITED CIVIL CASE
   Amount demanded  [ ] does not exceed $10,000
                    [✓] exceeds $10,000, but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER:
22STLC04327

1. Plaintiff (name or names): Julianna Garcia, An Individual,
   alleges causes of action against defendant (name or names):
   MOROCCANOIL, INC. and DOES 1 TO 50,
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| JULIANNA GARCIA V. MOROCCANOIL, INC. | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): MOROCCANOIL, INC.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 26-50 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: JULIANNA GARCIA V. MOROCCANOIL, INC. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☑ Other (specify):
    **ADA/UNRUH ACT**

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☐ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☑ other damage (specify):
    **DISCRIMINATION AND INCONVENIENCE**

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
       (1) ☐ according to proof
       (2) ☑ in the amount of: $ 4000.00 Minimum.

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: 6-27-2022

Julianna Garcia, In Pro Per
(TYPE OR PRINT NAME)

_(signature)_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   COMPLAINT—Personal Injury, Property Damage, Wrongful Death   Page 3 of 3

MC-025

| SHORT TITLE: JULIANNA GARCIA V. MOROCCANOIL, INC. | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number):* 1-Verified Compl

*(This Attachment may be used with any Judicial Council form.)*

**FIRST CAUSE OF ACTION**
**(PLAINTIFF AGAINST ALL DEFENDANTS)**
**VIOLATION OF CIVIL CODE SECTIONS 51, 52, 54 and 54.1**

1. Plaintiff is ignorant of the defendants sued as DOES 1 TO 50.
Once the names are ascertained, Plaintiff will amend the complaint to reflect those names.

2. At all times mentioned herein Defendant MOROCCANOIL, INC., and DOES 1 TO 50, is doing business on the website, known as http://www.moroccanoil.com/ ("WEBSITE"). The Defendant's physical address is located at 16311 Ventura Boulevard, Suite 1200, Encino, California 91436-2152.

3. At all times mentioned herein JULIANNA GARCIA has been, disabled. "Disability" means any mental or physical disability as defined in Sections 12926 and 12926.1 of the Government Code. Civil Code Section 51(e)(1).

4. Plaintiff has visited Defendant's public accommodation WEBSITE and has been denied full and equal accommodations, advantages, facilities, privileges, or services in all business establishments of every kind whatsoever." (Civ. Code, § 51, subd. (b).)

5. Through their WEBSITES, Defendants offer vital data such as: research tools, information, data to compare accommodations, purchasing products, offering of services, products for online sale and home delivery to the public.

6. The WEBSITE's barriers have previously denied Plaintiff full and equal access to all of the services Defendant's WEBSITE offers, and now deter Plaintiff from attempting to use Defendant's WEBSITE in the future.

7. Despite their disabilities, Plaintiff is able and ready to visit Defendant's WEBSITE once it is made compliant. Plaintiff's disabilities, and the challenges Plaintiff face in physically traveling to and shopping in traditional brick-and-mortar retailers as a result of them, make it particularly likely that Plaintiff will return to Defendant's WEBSITE in the future to purchase Defendant's goods from the comfort of their homes.

8. As a result of having visited Defendant's WEBSITE in the past, and of investigations performed on Plaintiff's behalf, Plaintiff is aware that Defendant's WEBSITE provides insufficient access to disabled persons. The following subparagraphs detail some of the defects with the WEBSITE:

a. A proper text equivalent for every non-text element is not provided. Does not provide appropriate alternative text that presents the content of the image and/or the function of the link. All non-text content that is presented to the user has a text alternative that serves the equivalent purpose;

b. Information about the meaning and structure of content is not conveyed by more than the visual presentation of content;
c. All functionality of the content of the website is not operable through a keyboard interface requiring specific timings for individual keystrokes. The website cannot be navigated with a keyboard and/or the navigation of the website with the keyboard is not consistent across the website. All functionality is not available from a keyboard.

---

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 4 of 7

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: JULIANNA GARCIA V. MOROCCANOIL, INC. | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): **2-Verified Compl**

(This Attachment may be used with any Judicial Council form.)

i. Navigation of the website is not consistent across the website. A mechanism is not always available to bypass blocks of content that are repeated on multiple web pages. Navigational mechanisms that are repeated on multiple Web pages within a set of Web pages does not occur in the same relative order each time they are repeated;

ii. Plaintiff has performed a detailed investigation and Plaintiff alleges under information and belief that the WEBSITE lacks "titles that describe their topic or purpose." All form submission error messages identify any empty required fields. Upon receiving discovery, this paragraph will be amended. The purpose of each link cannot be determined from the link text alone or from the link text and its programmatically determined link context;

9. Defendant's WEBSITE fails to comply with Web Content Accessibility Guidelines Version 2.0 ("WCAG 2.0 AA"), Unruh Act and ADA.

10. If the WEBSITE were accessible, i.e. if Defendant removed these barriers, Plaintiff could independently have equal access to the entire WEBSITE.

11. Plaintiff has performed a detailed investigation and Plaintiff alleges under information and belief that although it appears that the Defendant does not have centralized policies regarding the maintenance and operation of its WEBSITE, it appears from an almost exhaustive review that Defendant has never had a plan or policy that is reasonably calculated to make its WEBSITE fully accessible to, and independently usable by, individuals with disabilities. As a result, the complained of access barriers are permanent in nature and likely to persist. Upon receipt of discovery, Plaintiff shall amend the complaint to reflect such information as needed.

12. The law requires that Defendant's WEBSITE be accessible to Plaintiff and others with disabilities. Removal of the barriers identified above is readily achievable and may be carried out without much difficulty or expense.

13. Removal of these barriers would make Defendant's WEBSITE accessible to Plaintiff allowing him to independently shop for and perform research via Defendant's WEBSITE.

14. Inaccessible WEBSITE violated the Unruh Civil Rights Act (Civ. Code, § 51 et seq.) which mandates "full and equal accommodations, advantages, facilities, privileges, or services in all business establishments of every kind whatsoever." (Civ. Code, § 51, subd. (b).)

15. Under subdivision (f). Section 302(a) of Title III of the ADA, 42 U.S.C. § 12101 et seq., provides: "No individual shall be discriminated against on the basis of disability in the full and equal enjoyment of the goods, services, facilities, privileges, advantages or accommodations of any place of public accommodation by any person who owns, leases (or leases to), or operates a place of public accommodation." 42 U.S.C. § 12182(a).

16. As a reference, Defendant's WEBSITE is a public accommodation within the definition of Title III of the ADA, 42 U.S.C. § 12181(7).

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 5 of 7

(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

MC-025

| SHORT TITLE: JULIANNA GARCIA V. MOROCCANOIL, INC. | CASE NUMBER: |
|---|---|

ATTACHMENT *(Number):* 3-Verified Compl

*(This Attachment may be used with any Judicial Council form.)*

17. Unlawful discrimination also includes, among other things: a failure to make reasonable modifications in policies, practices or procedures, when such modifications are necessary to afford such goods, services, facilities, privileges, advantages or accommodations to individuals with disabilities, unless the entity can demonstrate that making such modifications would fundamentally alter the nature of such goods, services, facilities, privileges, advantages or accommodations; and a failure to take such steps as may be necessary to ensure that no individual with a disability is excluded, denied services, segregated or otherwise treated differently than other individuals because of the absence of auxiliary aids and services, unless the entity can demonstrate that taking such steps would fundamentally alter the nature of the good, service, facility, privilege, advantage or accommodation being offered or would result in an undue burden.

18. Through Civ. Code, § 51, subd. (f), Title III of ADA requires that "[a] public accommodation shall furnish appropriate auxiliary aids and services where necessary to ensure effective communication with individuals with disabilities." 28 C.F.R. § 36.303(c)(1).

19. Plaintiffs have not been provided services that are provided to other patrons who are not disabled, and/or have been provided services that are inferior to the services provided to non-disabled persons. Defendant has failed to take any prompt and equitable steps to remedy its discriminatory conduct. These violations are ongoing.

20. Plaintiffs' claims are warranted by existing law or by non-frivolous argument for extending, modifying, or reversing existing law or for establishing new law.

21. The Unruh Civil Rights Act also provides that a "violation of . . . the federal Americans with Disabilities Act of 1990 . . . shall also constitute a violation of this section." Civ. Code, § 51, subd. (f). "On examining the language, statutory context, and history of section 51, subdivision (f), we conclude . . . [t]he Legislature's intent in adding subdivision (f) was to provide disabled Californians injured by violations of the ADA with the remedies provided by section 52. A plaintiff who establishes a violation of the ADA, therefore, need not prove intentional discrimination in order to obtain damages under section 52." Munson v. Del Taco, Inc. (2009) 46 Cal.4th 661, 665.

22. Pursuant to Civil Code Section 52(a) and the remedies, procedures and rights set forth and incorporated therein, Plaintiffs request relief as set forth below.

23. The instant complaint is a sole claim under Unruh as the event happened in the state of California and the federal laws are for reference purposes.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page 6 of 7

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 (Rev. July 1, 2009)

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

Exhibit A
Page 6 of 9

MC-025

| SHORT TITLE: JULIANNA GARCIA V. MOROCCANOIL, INC. | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): <u>4-Verified Compl</u>

(This Attachment may be used with any Judicial Council form.)

**PRAYER**

WHEREFORE, PLAINTIFF PRAYS FOR JUDGMENT AGAINST THE DEFENDANTS, AND EACH OF THEM, AS FOLLOWS:

1. A minimum of $4,000.00 in statutory damages;

2. For attorney's fees and costs;

3. For such other and further relief as to the Court seems just and proper.

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 7 of 7

(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

## VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF Los Angeles**

I have read the foregoing COMPLAINT _____

_____ and know its contents.

[x] **CHECK APPLICABLE PARAGRAPH**

[✓] I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[✓] I am [ ] an Officer [ ] a partner _____ [✓] a **Plaintiff, In Pro Per** of 1507 Arlington, Los Angeles, CA. 90019

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.
[✓] I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [✓] The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ] I am one of the attorneys for _____
a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on __6-27__, 20__22__, at Los Angeles _____, California.
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Julianna Garcia, In Pro Per
*Type or Print Name*                                                                      *Signature*

### ACKNOWLEDGMENT OF RECEIPT OF DOCUMENT
(other than summons and complaint)

Received copy of document described as _____

on _____, 20_____.

_____                                  _____
*Type or Print Name*                                                                      *Signature*

### PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY**
I am employed in the county of _____, State of California.
I am over the age of 18 and not a party to the within action; my business address is: _____

On _____, 20_____, I served the foregoing document described as _____

_____ on _____
in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

[ ] (BY MAIL) I caused such envelope postage thereon fully prepaid to be placed in the United States mail at _____, California.
Executed on _____, 20_____, at _____, California.
[ ] (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.
Executed on _____, 20_____, at _____, California.
[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[ ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____                                  _____
*Type or Print Name*                                                                      *Signature*

13-18599-396                                                                                                       SB-18599
2000 (C) American LegalNet, Inc.

22STLC04327

| | SUM-100 |
|---|---|
| **SUMMONS** (CITACION JUDICIAL) | FOR COURT USE ONLY (SOLO PARA USO DE LA CORTE) |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MOROCCANOIL, INC. and DOES 1 TO 50,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Julianna Garcia, An Individual,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles CA. 90012

CASE NUMBER:
*(Número del Caso):*
22STLC04327

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Julianna Garcia, In Pro Per       818-290-3838  818-290-3848
1507 Arlington, Los Angeles, CA. 90019-4553

DATE: 06/27/2022        Sherri R. Carter Executive Officer / Clerk of Court
*(Fecha)*        Clerk, by G. Villarreal, Deputy
        *(Secretario)*  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* Moroccanoil, INC.

   under: ☑ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☑ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov