# EXHIBIT B

Electronically FILED by Superior Court of California, County of Los Angeles on 07/07/2022 04:54 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Patrick, Deputy Clerk

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Julianna Garcia<br>1507 Arlington Ave<br>Los Angeles, CA 90019<br><br>TELEPHONE NO.: (213) 864-8801<br>ATTORNEY FOR: In Pro Per | FOR COURT USE ONLY |
|---|---|
| **LOS ANGELES COUNTY SUPERIOR COURT, COUNTY OF LOS ANGELES**<br>STREET ADDRESS: 111 N Hill St<br>MAILING ADDRESS: 111 N Hill St<br>CITY AND ZIP CODE: Los Angeles, 90012-3117<br>BRANCH NAME: Central District | |
| PLAINTIFF: Julianna Garcia, an individual<br>DEFENDANT: Moroccanoil, Inc. | CASE NUMBER:<br>22STLC04327 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. other (specifiy documents):
   Summons; Complaint; Third Amended Standing Order; General Order; Notice of Availability of Limited Civil Jurisdiction Web Portal for Interpreter Requests; Notice of Case Assignment; Important Advisory Information for Building Owners and Tenants;

3. a. Party served:
      Moroccanoil, Inc.

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):
      Eric Steven Engel / Agent For Service Of Process

4. Address where the party was served:
   16311 Ventura Blvd, Ste 1200, Encino, CA 91436

5. I served the party
   b. **by substituted service.** On 7/1/2022 at 2:18 pm I left the documents listed in item 2 with or in the presence of:
      Sherri Spatz / Person in Charge

      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (4) a declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. On behalf of: Moroccanoil, Inc.
      under the following Code of Civil Procedure section:
         416.10 (corporation)

Page 1 of 2

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number AEA-2022001272

Exhibit B
Page 1 of 3

| PLAINTIFF: Julianna Garcia, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT: Moroccanoil, Inc. | 22STLC04327 |

7. **Person who served papers**
   a. Name: Edgar Cusani
      Firm: AE Attorney Service
   b. Address: 7190 W Sunset Blvd, #87, Los Angeles, CA 90046
   c. Telephone number: (800) 220-4248
   d. **The fee** for the service was: $45.00
   e. I am:
      (3) a registered California process server:
         (i) independent contractor
         (ii) Registration No.: 2021267751
         (iii) County: Los Angeles

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/6/2022

Edgar Cusani
(NAME OF PERSON WHO SERVED PAPERS)

▶ (SIGNATURE)

Page 2 of 2

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number AEA-2022001272

Exhibit B
Page 2 of 3

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>Julianna Garcia<br>1507 Arlington Ave<br>Los Angeles, CA 90019<br><br>TELEPHONE NO.: (213) 864-8801<br>ATTORNEY FOR: In Pro Per | *FOR COURT USE ONLY* |
|---|---|
| **LOS ANGELES COUNTY SUPERIOR COURT, COUNTY OF LOS ANGELES**<br>STREET ADDRESS: 111 N Hill St<br>MAILING ADDRESS: 111 N Hill St<br>CITY AND ZIP CODE: Los Angeles, 90012-3117<br>BRANCH NAME: Central District | |
| PLAINTIFF: Julianna Garcia, an individual<br>DEFENDANT: Moroccanoil, Inc. | CASE NUMBER:<br>22STLC04327 |
| **DECLARATION OF MAILING** | Ref. No. or File No.: |

1. I, Ervin Diaz, am at least 18 years of age and not a party to this action.

2. Documents mailed:

   Summons; Complaint; Third Amended Standing Order; General Order; Notice of Availability of Limited Civil Jurisdiction Web Portal for Interpreter Requests; Notice of Case Assignment; Important Advisory Information for Building Owners and Tenants;

3. A true copy of the documents were sealed in an envelope and placed in the United States mail with First Class postage prepaid as follows:

   Date:       7/6/2022
   Location:   Los Angeles, CA
   Addressed:  Moroccanoil, Inc., 16311 Ventura Blvd, Ste 1200, Encino, CA 91436

4. Person performing mailing:

   Name:             Ervin Diaz
   Firm:             AE Attorney Service
   Address:          7190 W Sunset Blvd, #87, Los Angeles, CA 90046
   Telephone Number: (800) 220-4248

5. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/6/2022

*E. Diaz*

Ervin Diaz
(PRINTED NAME)                              (SIGNATURE)