Julianna Garcia, in Pro Per
1507 Arlington Avenue
Los Angeles, CA 90019
Telephone: (818) 290-3838

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANNA GARCIA, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>MOROCCANOIL, INC., et al., a California corporation, and DOES 1 through 50,<br><br>Defendant(s). | **CASE NUMBER**<br><br>2:22-cv-05307-MRW<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

8-08-2022
_____
Date

_____
Signature of Attorney/Party

NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

<u>**PROOF OF SERVICE**</u>

**Julianna Garcia v. Moroccanoil, Inc., et al.**
**Case No. 2:22-cv-05307-MRW**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 3130 Wilshire Boulevard, Suite 500, Santa Monica, CA 90403-2351.

On August 9, 2022, I served true copies of the following document(s) described as **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** on the interested parties in this action as follows:

Julianna Garcia                                                *Plaintiff in Pro Per*
1507 Arlington
Los Angeles, CA 90019-4553
Telephone: (818) 290-3838
Fax: (818) 290-3848
Email: gjulianna51@yahoo.com


**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Conkle, Kremer & Engel's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address c.donine@conklelaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 9, 2022, at Santa Monica, California.


_____
Cathy Donine

2522.739\2022-08-09